Good morning. I'd like to start with discussing how this case has evolved and how that affects what we're doing here today. OPM issued its final decision. You're going back to the beginning, but aren't we at the end in terms of Ms. Schoeman? Hasn't she gotten what she's entitled to? She has gotten, yes. There's no dispute. She has gotten what she is entitled to. Her claim, her individual claim, is moot. The real question is, what does that have to do with the class action? Well, the real question is, I mean, the board decided there's a lack of jurisdiction. If we conclude that the board properly did so, then there's just no basis for our proceeding with the class action aspect of this case. I disagree with that, and that's because there's a distinction that the courts make. If this were an individual suit and her claim, either because it's moot or because there's been a rescission, loses jurisdiction, then you're right. That's the end of the case. It's all over. But the courts say that where there's a class action, as there is in this case. She filed a motion for a class certification. Where there's a class action and the individual claimant loses her claim, either for lack of jurisdiction or mootness, the case then proceeds. As to the class, and this person, the named representative, can continue to be the named representative. And that has come up in all variations, where there's a settlement, where there's a unilateral action by the defendant, where it's the passage of time. No matter how the named plaintiff loses her jurisdiction, the case can continue as to the class. But also, it's come up. If there's properly a class. If it's properly a class, yes, of course. And aren't the other members of the punitive class differently situated? No, they're not. The class is limited to law enforcement officers and firefighters who have retired on disability, either prior to age 50 or before accumulating 20 years service, who have been denied their status. But there was a problematic threshold issue with respect to her claim that presumably and hopefully wouldn't exist with respect to other potential class members, right? You mean the timing claim? Yeah. Yeah. And so how is that? How is she representative? That's not a common issue of law. No, no. The timing claim, I mean, first of all, I think we've addressed that in the merits that there is no such jurisdictional requirement. But more important than that, at this stage in the proceedings, that's really dropped out of the case. She's been paid. Whether she filed her claim timely or untimely, that's no longer really of any significance. She's been paid. So, what does her appeal have to do with the class at all? She's paid. She's paid. And it's just like any other case. It's like Roe v. Wade. By the time that got to the Supreme Court. You don't want to get us into Roe v. Wade. I don't think any of the others. But by the time Roe got to the Supreme Court, she was no longer pregnant. She had no more stake in that action. But still, the Supreme Court heard that case as a class action. Moodness is different, in my view, from the lack of jurisdiction here. The lack of jurisdiction was based on a rescission, and that strikes me as different. I understand your point about the moodness, and moodness is kind of a permanent characteristic. But jurisdiction is kind of a temporal thing. I disagree on that. If a claim is moot, there's no longer a case of controversy, no longer jurisdiction. We end up with moodness also ends up with a loss of jurisdiction. Either way, it's a loss of jurisdiction for the individual claim. But either way, the class members still have a claim, and the courts say that the class representative, even without jurisdiction over her own claim, can continue to represent the class. And here we have a case where if she can't represent the class, there are people out there who are disabled law enforcement officers who simply will never get the benefits that Congress awarded them, and that this court says they're entitled to. Do you have any notion about how large a class we're talking about here? Are these all enhanced benefits? Are these people that are already getting something, and it's a question of enhancing the amount? These are people who are already getting something. They're already disabled. They've already made their claims. The only estimate I can give on the class is to go back to the Anselmo case, which was a class action following this court's decision in Wassenaar. In that case, which involved surviving spouses of federal law enforcement officers who died prior to age 50 or 20 years, the class was about 600. That case was limited to CSRS. Now we're expanding it to FERS. So I'm assuming we're talking in that ballpark, maybe larger. My personal view is that we can assume that disability is probably more than people who died before the age of 50. But the information is not in our possession. The information is solely in the government's possession. And there are courts that say that in a class action, when you're looking at the size of the class, if the information is limited to the defendant's possession, that's not a basis to deny the class. In the jurisdictional issue, not only do courts say that it doesn't matter how the plaintiff loses jurisdiction, it also doesn't matter when the plaintiff loses jurisdiction. That is, there are cases where it's after a class has been certified, there are cases where it's happened before the motion's been ruled on, there are cases where the motion has been denied, and there are cases where the motion hasn't been filed yet. In any of those circumstances, courts have said that the class can proceed even if the named representative loses jurisdiction. And here, the problem is, this is really the last chance that there will be for anyone to represent a class. If this case goes away on jurisdictional grounds, there will never be another class action. And that's because OPM's rules don't allow for a class action at the OPM level. In order to get to a rule that allows the certification of a class, there has to be an appeal to the Board. That's the first place where the rules allow it. Now that OPM has acceded to what this Court has ruled so many times before, it's a fair assumption that no other person will be denied at the OPM level. So there's no need for a class? Well, no. There is a need for a class because there are people out there who will not bring their own individual action because they don't know. They don't know that OPM... But is that a reason for us to find that there's a proper class here? Yes. Because people don't pursue their own rights? The agency has publicized its willingness to make change, haven't they? No. The agency, and this goes to really the heart of it, the agency has told other agencies that it has been wrong. It has told other agencies about the new policy. What about on its website? No. As of this morning, I checked this morning, if you are an ordinary consumer, you go to their website and you ask to see the CSRS and FERS handbook, and you look up and say, I'm a disabled federal law enforcement officer and I want to see what I'm entitled to. As of this morning, if you look at Chapter 46 of the handbook, it gives you the wrong information. Here we are two years after the Atkins case, and you still get the wrong information on their website. What if the agency sent a notice to everyone? Would they know who are the members of the punitive class to say, you may have rights and you have to... That is what was done in the Anselmo class action. In the Anselmo class action, OPM said, we can't just run a program and get a list of names. So we worked out a deal where they sent a letter to a universe, it was a broader universe than the actual 600 that they ended up with, and they said, if you meet the following qualifications, you may be entitled to more. Something like that can be done here. OPM is refusing to do it so far, and that is why we need a class action. Without a class action, that is not going to happen. Without a class action... But we don't have before us their denial of request to do that. That is not before us. Right. The ultimate relief in this case is not before you today. Today, all that is before you is, are we allowed to proceed with our claim for a class action? And if we are not allowed to proceed it, the disabled law enforcement officers and firefighters who don't know and have no reasonable basis to know that they are not getting what they are entitled to, will have no way to obtain what they are entitled to. We see ads on television all the time. You may have a claim, regardless of what we think of them. If there is such a class out there, why aren't there such ads? Cost. It is just not a practical way of proceeding. If we look at in Selma again, there are 600 surviving spouses scattered around the country. The cost of having found all 600 of them through ads on every station around the country would have been prohibitive. Again, the only way to achieve what needs to be achieved, which is to pay these people what Congress says they are entitled to, and what this Court has said they are entitled to, and what OPM now says they are entitled to, the only way to achieve that is through a class action. Which is to find that there is a class in a case where the leader of the punitive class has no claim. Right. As has happened in scores of cases that we have cited. Do you want to save your rebuttal time, Mr. Bierstadt? Yes, please. Including Roe v. Wade. Including Roe v. Wade. Ms. Connelly. Yes. Good morning. It appears the argument that Mr. Bierstadt is making on behalf of Ms. Shuman is an equitable one. But he has not addressed the primary issue of whether or not the Board has jurisdiction in this case. The issue before the Court is whether the Board properly dismissed Ms. Shuman's appeal for lack of jurisdiction after OPM rescinded its appeal, or rescinded its reconsideration decision. Upon reconsideration, or upon rescission, the MSPB lost jurisdiction. And because it lost jurisdiction of Ms. Shuman's appeal, it also lost jurisdiction to certify a class. But he does cite cases involving general mootness. That's correct. In which courts have allowed the plaintiff to proceed under similar circumstances. That's correct, Your Honor. So why is this case different than those? This case is very different, Your Honor. In the first place, some of the cases, as Mr. Pierce pointed out, involve transitory issues. The duration of the issue is too short to be fully litigated. That is not this case. We're dealing with a survivor case. There are other cases in which courts have retained jurisdiction because there is a concern that the defendant is improperly picking off a potential class representative to avoid a decision on the issue. That is not the case here. After OPM rescinded its decision in Ms. Shuman's case, it very publicly announced a number of actions that it was not to take. They may not be picking them off and describing any motivation in terms of we want to get rid of this class, so we're going to pick them off. But they are essentially accomplishing the same thing. Not by picking them off, but by now having a different policy. So those cases are never going to proceed past the OPM stage because if they come and they're meritorious, they're going to pay them. So to that extent, whether they're picking them off or not, they're essentially precluding future classes, are they not? There are two points I'd like to make here, Your Honor. First, OPM has made attempts to notify not just future annuitants, but existing annuitants by their notice on the website. I think the March 17th... Before you get to that, though, the question, the point made by opposing counsel was that in the future, presumably, any meritorious claims will be resolved at the OPM stage. And therefore, there will never be a potential... There is no potential for a future class action on these issues. Am I wrong about that? I think you would be correct as to that. But that doesn't answer the question of how the board could take jurisdiction of such a class under the rules for class certification. And of course, our administrative judge did not address those rules in his decision based on his finding that the board lacked jurisdiction. But one of the requirements for a class under Rule 23A is numerosity. And numerosity is determined on the basis of whether or not the court would have jurisdiction over all the punitive class members. And you have to look, in this case, to whether or not the punitive class members have exhausted their administrative remedies. In this case, that would seem not to be the case. While a waiver of administrative remedies can be appropriate, in some instances it would not seem to be appropriate in this case. Looking at the various requirements, would it be futile for a class member to appeal to OPM? No, it would not. Is the harm irreparable? No, it is not, because these individuals are already getting an annuity and perhaps more importantly- I'm sorry, did you say because these individuals are getting an annuity? They are getting an annuity. It simply is not the amount that they might, I say might, be entitled to, I think. Can I ask you a question on that? It may be more appropriate. You can tell me if we should ask your colleague, or I should ask your colleague this question rather than you. But there seems something troubling about the fact that OPM isn't making an effort to notify individuals in this regard. The cases that are cited here are the Collins case and Nordstrom that deal with when there's a change in the law, unless Congress explicitly requires individual notification, there's none. It strikes me that what's going on here is different than a change in law. This is an instance where, based on our cases, it's become clear that from the get-go, this group of people should have been paid a different amount and amount other than what they are being paid. Why isn't it the government's obligation to therefore figure out who has been paid less than they're statutorily required from the get-go? In other words, the government is clearly underpaid here and make the calculations and go out and hunt these people down. That's an issue that the board can't address unless it has jurisdiction. As I said at the beginning of my argument, it appears that Schuman's argument is an equitable one. And, of course, the board is a tribunal of limited jurisdiction. We're not a court of equity. So we can only do what the statute allows us to do in this case. Can I ask kind of a slightly different question? Since the amount of damages will vary widely from person to person on different factors from case to case, why is this an appropriate class action anyway? It most probably would not be a proper class action because it appears that there is no common issue. The common issue, that is whether or not... They have something in common, but the case is not going to be decided on that common basis. It's going to be decided on individual factors, right? Yes, that is correct. And so we really don't have a class at all, do we? It would not appear that it would be appropriate. I should actually be posing that question more to Mr. Fierst, but I'm sure he's listening. I would just ask the court to affirm the board's decision that it appropriately dismissed the lack of jurisdiction. Thank you, Ms. Connelly and Ms. Vanneman. May it please the court. I think the board case in Wassenaar in 1992, which we discussed in our brief at pages 47 to 49, I think answers a lot of the questions that have been posed. In that case, it involved the same type of claims for enhanced annuities, and the board denied the class certification. The merits issue reached this court. But the board's analysis on why a class is not appropriate is very instructive. And first, it went to jurisdiction because the board would have to have jurisdiction over any putative class members, and there's nothing established to that effect here. There's no harm because any existing annuitants who apply to OPM, as we've established, OPM will consider their claims. But the difficulty is, I mean, the practical distinction, and again, I apologize for asking Ms. Connelly this question because I think it's more appropriately addressed to you, is that people don't know. So the trouble I'm having is why OPM, in this kind of circumstance, where their failure to provide whatever enhanced annuity is due, is wholly on them. The statute has always, our cases have said, the statute required payment of this higher amount from the get-go. Why isn't that distinguishable from Collins or Davis or Nordstrom? And why isn't OPM obligated to fix it? Your Honor, we've addressed those cases. There is no legal duty on OPM to notify annuitants. On the other hand, OPM has taken a number of very public actions to try and do... Well, wouldn't you base the fact that there's no legal duty for them to... If the government, as I said, I think this is arguably distinguishable from the cases you've cited. Cases that have no duty are the ones when Congress changes the law, when there's a change. And then unless affirmatively there's some stated requirement, OPM doesn't have to do it. But this seems to me different. If the government knows that it has been misapplying existing law and these people have not been paid what they were obligated to get, why isn't it incumbent upon the government to pay them the correct amount? Okay, I'll address my second point first. In the appendix to our initial brief at page 93, we have a declaration from an OPM person that there are no data parameters in OPM's records to identify these people because these folks who retire on disability before 20 years of service, OPM doesn't have that information in the records. So even if there were a duty, there's no way to do it, which is why OPM has taken a number of other very public issues. If they retire on disability before 20 years, who has those records? The certifying agencies, and under the regulations the agencies must certify that the service is creditable and so that it's up to the agencies. And in terms of the numbers, I mean Petitioner's Council just made a wild guess as to numbers. Nobody knows how many there are. What OPM is doing is taking a number of, putting a number of announcements on the web. In March of 2010 this year, they... Excuse me, your opponent said he couldn't find it. That's with respect to the handbook and also at appendix page 96 of our initial filing and declaration from another OPM representative said once the Benefits Administration letter was issued, which was issued in July of this year, a very detailed explanation of the OPM's change and sample calculations. After that, OPM will amend the handbook. And it's my understanding that I think OPM will attempt to put something on the web with the handbook provision saying this new Benefits Administration letter supersedes it as we explained in March 2010 when OPM put a notice on the website. And as OPM informed the full board on the petition for review in that May 2009 notice, while it's true that went primarily to federal benefits officers, it's incorrect when petitioner says OPM is not notifying existing annuitants. OPM is doing what it can with the information it has by publishing on the internet. And the other point I'd like to make that Wassenauer explained, the board's decision, there's no ultimate harm here because OPM goes way back and pays retroactively so that if an existing annuitant comes in now, even with respect for Mr. Nara, one of... Well, there's harm if someone never finds out that they would be entitled to additional benefits because then they're never going to come in and try to collect them, right? If that were to happen, but the numbers also that we've explained to the court in our recent filing, the OPM's publication on the internet has had results. OPM has gotten a lot of email inquiries and other inquiries from people. They've paid... They've gotten, like, 179 applications from existing annuitants, which is the group that petitioners is concerned about. Of that, they've paid 35, 60 more are under review. So that there are a number of actions  by OPM in response to your question to do as much as possible to get the word out that existing annuitants may apply and go back a year and if they are successful, they get retroactive payments as well as future prospective payments. Doesn't information of this sort get around within a particular community? Isn't there a national association of law enforcement officers? There are a number of organizations and the other action OPM has taken is issued all of these announcements on two separate listservs that serve over 10,000 individuals, organizations and other entities and that's in one of the declarations in the supplemental filing that we filed this month. The court granted that motion yesterday. So there's information on the internet, there's information on listserv, there's information through federal benefits officers, there's information through in a variety of ways to try to reach as many people as they possibly can because unlike in Anselmo and in the Anselmo court there never was an order to notify but there was a settlement of sorts. OPM did have a little more information within its records with respect to attempting to identify than it did here. On the other hand while the question came up about TV ads it was an incredible drain on scarce resources of the state.    that it would not appeal to the claims of existing annuitants as quickly as it can and pay. And if any of those people get a decision from OPM on the computation with which they're not satisfied they have a right to appeal to the board. So the bottom line is we agree with the board that it lacked jurisdiction once OPM rescinded its decision and later Ms. Shoman's case became moot because OPM paid her retroactively and mootness. This is a very unique exclusive statutory regulatory scheme that requires exhaustion of remedies so that OPM is in the best and only position to address these very individualized fact claims in the initial instance and if anyone is dissatisfied they do have a right to appeal to the board. Hopefully there will be very few of any of these cases once OPM recalculates and pays. Thank you Ms. Vanaman. Thank you very much. Mr. Fierst. You have a question. Please answer. In the range from although I think one person only got $25 in retroactive benefits because his spouse had only been working for a few months and died just a few months earlier at the other end of the spectrum there were some spouses who had over $100,000 in retroactive benefits.    that's a problem. I think it happens in every class actually and that's never a problem. Maybe you could respond to Ms. Vanaman's point that they are doing everything they can do without the records. It's just not true. The website as of today as I mentioned you heard her response why she said well that's kind of a technical point. Nobody would go back and look at that title anyway. They've been making efforts through associations and through a couple web notices to give that notice. Let's take a look at for example Ms. Schumann. She's not a member of any of these associations because she wasn't a law enforcement officer herself. Her husband was a law enforcement officer. He was disabled. He lived for another 22 years without getting the right benefits and he died. She then continued to collect the wrong benefits.           and she became an associate for law enforcement officers. And she later became a member of the Association of Disabled Law Enforcement Officers. And you go to the OPM website, look at the handbook to see am I entitled to more money. It will tell you as of today, no. And that's wrong. And it's not right to put the money into the various briefs. And all I can say your honor, is if you read what's on the website and read it from the perspective of being an ordinary consumer, an ordinary law enforcement officer, and if you can understand it, so be it. I don't think people will understand it. I think what's understandable is the handbook. That's written in layman's terms. The other stuff, it's all directed towards federal agencies. There was a question earlier, does OPM have a duty to notify? That's really not the duty that's at issue here. OPM's duty is to pay the proper benefits. Not doing that. Notification is one route to the proper benefits, but let's not lose sight of what their obligation is. It's an executive branch agency. Their obligation is to carry out the law as Congress enacted it, as this court has interpreted it. Thank you, Mr.